ACCEPTED
01-18-00307-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 9:53 AM
CHRISTOPHER PRINE
CLERK

# WOLFGANG P. HIRCZY DE MINO, PH.D.

May 25, 2018

Hon. Clerk of the First Court of Appeals
301 Fannin Street
Houston, Texas 77002-2066

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

5/25/2018 9:53:06 AM

CHRISTOPHER A. PRINE
Clerk

**RE:** Court of Appeals Number: 01-18-00307-CV Trial Court Case Number: 2017-30978
Style: Wolfgang P. Hirczy De Mino, PH.D. v. Star Operations., Inc., Lana L. Lewis and Victor C. Huff, Jr.

TO THE HONORABLE CLERK OF THE COURT OF APPEALS:

In response to Justice Caughey's order dated May 22, 2018, attached please find a certified copy of the Request for the [Limited] Clerk's Record, and certified copies of the documents listed therein except for the Cost Statement, which was not available for download.

One document has been added to those requested: ORDER SIGNED GRANTING TRIAL CONTINUANCE (Image. No. 79693284), which Judge McFarland signed April 27, 2018, a date after the request for the clerk's record was filed on April 19, 2018. I am enclosing this recent trial court order to show that the case is nowhere close to resulting in a final judgment. Payment proof for the certified copies is also attached.

I apologize for the error in the reference to the notice of appeal on the Request for the Clerk's Record. It should have read April, not August. The image number, however, is correct. The notice is actually denominated Notice of *Intent* to Appeal (rather than plainly Notice of Appeal), reflecting the uncertainty as to whether the summary judgment order was appealable at the time.

I hope this evidence in the form of certified copies will suffice for the Court to determine that it lacks jurisdiction to entertain an interlocutory appeal of the objected-to summary judgment order at this time. Should the Court make a contrary determination, I am prepared to proceed to brief the issues to be raised regarding the summary judgment order that forms the basis of my complaint about it.

Respectfully submitted,

/s/ *WOLFGANG P. HIRCZY DE MINO*

WOLFGANG P. HIRCZY DE MINO, Ph. D.
wphdmphd@gmail.com
P.O. Box 521
Bellaire, Texas 77402-0521
Tel.: (713) 806-0718
Prospective Appellant

cc: David L. Smith (Prosperity Bank), Ranald Scott Calili (Defendant Star Operations, et al)

# INDEX OF CERTIFIED COPIES

A.  Request for the Clerk's Record, filed April 19, 2018. Image No. 79586255

B.  Order Granting Defendants' Motion for Summary Judgment signed March 12, 2018, which is labeled "ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED" on the docket. Image No. 79014804

C.  Order Striking Plea in Intervention (on motion of Prosperity Bank) signed February 6, 2018, which is labeled "ORDER SIGNED STRIKING PLEADING" on the docket. Image No. 78502905

D.  Plaintiff's Motion to Strike Plea in Intervention filed August 16, 2017. Image No. 76375521

E.  Plea in Intervention and Motion To Abate Summary Judgment Motion filed August 14, 2017. Image No. 76334527

F.  Notice of Intent to Appeal efiled April 14, 2018, file-stamped April 16, 2018. Image No. 79495685

G.  Order Granting Opposed Motion for Continuance, signed April 27, 2018, which is labeled ORDER SIGNED GRANTING TRIAL CONTINUANCE on the docket. Image No. 79693284


Note:  As evidenced by the order granting trial continuance, there is no final judgment, and there are no post-judgment motions or findings of fact.

4/19/2018 10:28 AM
Chris Daniel - District Clerk Harris County
Envelope No. 24010055
By: Duane Gilmore
Filed: 4/19/2018 10:28 AM

No. 2017-30978

| | | |
|---|---|---|
| PROSPERITY BANK | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| STAR OPERATIONS, INC. | § | |
| VICTOR C. HUFF, JR. | § | |
| LANA L. LEWIS | § | 133RD JUDICIAL DISTRICT |
| | § | |

## REQUEST FOR THE CLERK'S RECORD

The undersigned hereby requests that the Clerk prepare the Clerk's Record for appellate cause number 01-18-00307-CV,[1] pending in the First Court of Appeals, and include the following trial court documents:

1. Order Granting Defendants' Motion for Summary Judgment signed March 12, 2018, which is labeled "ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED" on the docket. Image No. 79014804

2. Order Striking Plea in Intervention (on motion of Prosperity Bank) signed February 6, 2018, which is labeled "ORDER SIGNED STRIKING PLEADING" on the docket. Image No. 78502905

3. Plaintiff's Motion to Strike Plea in Intervention filed August 16, 2017. Image No. 76375521

4. Plea in Intervention and Motion To Abate Summary Judgment Motion filed August 14, 2017. Image No. 76334527

5. Docket Sheet

6. Notice of Appeal efiled August 14, 2018, file-stamped August 16, 2018. Image No. 79495685

7. This Request for the Clerk's Record

---

[1] Wolfgang P. Hirczy de Mino, Ph. D. v. Star Operations, Inc. *et al.*
http://www.search.txcourts.gov/Case.aspx?cn=01-18-00307-CV&coa=coa01

8. Cost statement

Please send an email to wolfganghirczy@gmail.com to advise as to the total cost for preparation of this record.

Respectfully submitted,

/s/ *WOLFGANG P. HIRCZY DE MINO*

WOLFGANG P. HIRCZY DE MINO, Ph. D.
Wolfganghirczy@gmail.com
P.O. Box 521
Bellaire, Texas 77402-0521
Tel.: (713) 806-0718

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April __19__, 2018 this request is being served contemporaneously on the attorneys of record of all parties as identified below through the EfileTexas.gov system.

Mr. Ranald Scott Calili
Mr. James B. Heston
HESTON LAW FIRM, PLLC
607 Park Grove Drive, Ste. B
Katy, TX 77450
Tel.: (713) 270-4833
Fax: (713) 583-9296
attorney@hestonciment.com
Attorneys for Defendants / Third-Party Defendants
Star Operations, Inc., Lana L. Lewis,
and Victor C. Huff, Jr.

Mr. L. David Smith
CHERNOSKY, SMITH, RESSLING & SMITH, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Tel.: (713) 800-8604
Fax: (713) 622-1026
Email: smith@csrslaw.com
Attorney for Plaintiff PROSPERITY BANK

/s/ *WOLFGANG P. HIRCZY DE MINO*

WOLFGANG P. HIRCZY DE MINO

Certified Document Number: 79586255 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 25, 2018

Certified Document Number:        79586255 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

4/14/2018 10:24 AM
Chris Daniel - District Clerk Harris County
Envelope No. 23902347
By: Phyllis Washington
Filed: 4/16/2018 12:00 AM

No. 2017-30978

| | | |
|---|---|---|
| PROSPERITY BANK | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| STAR OPERATIONS, INC. | § | |
| VICTOR C. HUFF, JR. | § | |
| LANA L. LEWIS | § | 133RD JUDICIAL DISTRICT |
| | § | |

## NOTICE OF INTENT TO APPEAL
## OF WOLFGANG P. HIRCZY DE MINO, PH.D.

It has come to the attention of the undersigned that the Court signed a summary judgment on 03/12/2018 that ostensibly dismisses third-party claims of Wolfgang P. Hirczy de Mino with prejudice after the Court had granted Prosperity Bank's motion to strike the Plea in Intervention[1] that contained third-party claims by Wolfgang P. Hirczy de Mino, Ph.D. and had signed an order striking the intervention on 2/6/2018.[2]

The order is titled "Order Granting Defendant's Motion for Summary Judgment" (Image No. 79014804).

Because the Court had struck his plea in intervention on February 6, 2018, Wolfgang P. Hirczy de Mino was no longer a party to the case (as Intervenor), wherefore there were no claims by him that the Court could have properly entered summary judgment against on March 12, 2018, more than a month later.

For the same reason, Wolfgang P. Hirczy de Mino had not filed a response to the motion for summary judgment. He would otherwise have done so.

Although the docket reflects that the summary judgment is interlocutory, it nevertheless states on its face that it is final and appealable.

---

[1] Plea in Intervention and Motion To Abate Summary Judgment Motion, filed 08/14/2017 (Image No. 76334527).
[2] The summary judgment order includes claims that were not pleaded.

Page 1

Certified Document Number: 79495685 - Page 1 of 3

Wolfgang P. Hirczy de Mino did not have notice of the signing of the summary judgment order and only found out about it when he was served with a motion for continuance (Image No. 79481494) on Friday, April 13, 2018 and looked up the online docket for this case. He offers this fact as a reasonable explanation why the notice of appeal was not filed within 30 days of the signing of the order that is the subject of the appeal/collateral attack. See Tex. R. App. P. 26.3.

Wolfgang P. Hirczy de Mino now hereby gives notice that he desires to appeal the (purportedly) final and appealable summary judgment signed on March 12, 2018 to the First or Fourteenth Court of Appeals.

There were no prior appellate proceedings involving the same parties.

Respectfully submitted,

/s/ *WOLFGANG P. HIRCZY DE MINO*

WOLFGANG P. HIRCZY DE MINO, Ph. D.
Wolfganghirczy@gmail.com
P.O. Box 521
Bellaire, Texas 77402-0521
Tel.: (713) 806-0718

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April __14__, 2018 this instrument is being served on attorneys of record of all parties as shown below.

Mr. Ranald Scott Calili
Mr. James B. Heston
HESTON LAW FIRM, PLLC
607 Park Grove Drive, Ste. B
Katy, TX 77450
Tel.: (713) 270-4833
Fax: (713) 583-9296
attorney@hestonciment.com
Attorneys for Defendants / Third-Party Defendants
Star Operations, Inc., Lana L. Lewis,
and Victor C. Huff, Jr.

Mr. L. David Smith
CHERNOSKY, SMITH, RESSLING & SMITH, PLLC
4646 Wild Indigo, Suite 110

Certified Document Number: 79495685 - Page 2 of 3

Houston, Texas 77027
Tel.: (713) 800-8604
Fax: (713) 622-1026
Email: smith@csrslaw.com
Attorney for Plaintiff PROSPERITY BANK

/s/ *WOLFGANG P. HIRCZY DE MINO*

WOLFGANG P. HIRCZY DE MINO, Ph. D.

Certified Document Number: 79495685 - Page 3 of 3



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 25, 2018

Certified Document Number:        79495685 Total Pages:  3

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**

No. 2017-30978

| | | |
|---|---|---|
| PROSPERITY BANK | § | THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| STAR OPERATIONS, INC | § | |
| VICTOR C HUFF, JR | § | |
| LANA L LEWIS | § | 133RD JUDICIAL DISTRICT |
| | § | |

| | | |
|---|---|---|
| WOLFGANG P HIRCZY DE MINO, PH.D | § | |
| | § | |
| V. | § | |
| | § | |
| STAR OPERATIONS, INC | § | |
| VICTOR C HUFF, JR | § | |
| LANA L LEWIS | § | |

## ORDER GRANTING
## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day the Court considered Defendants' Tradition Motion for Summary Judgment against Wolfgang P Hirczy De Mino, Ph.D. and his response thereto.

After due consideration, the Court concludes that Wolfgang P Hirczy De Mino, Ph.D. has failed to prove a valid case for the claims identified herein below:

The Court hereby GRANTS DISMISSAL of the claim of "Monies in the Nature of Earned and Unpaid Wages" with prejudice.

The Court hereby GRANTS DISMISSAL of the claim of "Monies in the Nature of Trust Funds" with prejudice.

The Court hereby GRANTS DISMISSAL of the claim of "Claims covered by the Necessaries Doctrine" with prejudice.

The Court hereby GRANTS DISMISSAL of the claim of "Suit on Open Account" with prejudice.

The Court hereby GRANTS DISMISSAL of the claim of "Breach of Contract" with prejudice.

The Court hereby GRANTS DISMISSAL of the claim of recovery under a theory of Quantum Meruit with prejudice.

It is accordingly ORDERED that Defendants' Tradition Motion for Summary Judgment against Wolfgang P Hirczy De Mino, Ph.D. is GRANTED and the above identified claims of

Certified Document Number: 79014804 - Page 1 of 2

Wolfgang P Hirczy De Mino, Ph.D. are hereby DISMISSED and Wolfgang P Hirczy De Mino's case is dismissed with prejudice.

This Order is Final and Appealable with respect to each claim dismissed.

SIGNED ON March 12 , 2018

_____
JUDGE PRESIDING

**Approved as Drafted and Entry Requested**:

_____
James B. Heston, Bar No. 00787689
Ranald Scott Calili, Bar No. 24011765
HESTON CIMENT, PLLC
607 Park Grove Drive, Ste. B
Katy, TX 77450
Tel.: (713) 270-4833
Fax: (713) 583-9296
attorney@hestonciment.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendants hereby certifies that a true copy of the foregoing litigation document is being / was served upon the following parties by fax, email, or through the e-file system, on January 12, 2018.

Opposing Counsel:

L. David Smith
Chernosky, Smith, Ressling & Smith, PLLC
smith@csrslaw.com
713.622.1026 (fax)
Attorney for Prosperity Bank

Wolfgang P. Hirczy De Mino, Ph.D.
wolfganghirczy@gmail.com
PO Box 521
Bellaire, Texas 77402-0521
Third-Party Plaintiff

_____
James Heston / Ranald Scott Calili
Attorneys for Defendants

Certified Document Number: 79014804 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 25, 2018

Certified Document Number:        79014804 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

8/16/2017 10:26:03 AM
Chris Daniel - District Clerk
Harris County
Envelope No: 18873301
By: EVETTS, ANNA R
Filed: 8/16/2017 10:26:03 AM

CAUSE NO. 2017-30978

| | | |
|---|---|---|
| **PROSPERITY BANK,** | § | **IN THE DISTRICT COURT** |
| Plaintiff | § | |
| | § | |
| **VS.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **STAR OPERATIONS, INC., VICTOR** | § | |
| **C. HUFF, JR., and LANA L. LEWIS,** | § | |
| Defendants | § | **133RD JUDICIAL DISTRICT** |

## ORDER STRIKING PLEA IN INTERVENTION

Came on for consideration **Prosperity Bank's**, Motion to Strike the Plea in Intervention filed by Wolfgang P. Hirczy De Mino, Ph.D., and the Court was of the opinion that it should be granted, accordingly, it is

ORDERED that the Plea in Intervention filed by Wolfgang P. Hirczy De Mino, Ph.D., is stricken.

Signed February 6, 2018

Judge Presiding

APPROVED:

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**

/S/ L. David Smith

L. DAVID SMITH
TBN: 18639300
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone: (713) 800-8604
Facsimile: (713) 622-1026
Email: smith@csrslaw.com
**Attorneys for Prosperity Bank**

[K:\Wpmain\06111\26717\Motion to Strike ORDER.wpd]          1

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Certified Document Number: 78502905 - Page 1 of 2

## CERTIFICATE OF SERVICE

This is to certify that in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure, I, L. David Smith the undersigned, on this the 16th day of August, 2017, have served a true and correct copy of the foregoing Order Striking Plea in Intervention all interested parties and/or all counsel of record at the name(s) and address(es) indicated below electronically through the electronic filing manager and/or via email, and/or 1st Class U.S. Mail and/or facsimile and/or certified mail, return receipt requested.

Mr. James Heston
Mr. Daniel J. Ciment
Heston Ciment, PLLC
607 Park Grove Drive, Suite B
Katy, TX 77450
Telephone: (713) 270-4833
Facsimile: (713) 583-9296
Email: attorney@hestonciment.com
*Via Electronic Notice*
*Counsel for the Defendants*

Wolfgang P. Hirczy De Mino
Best Western corpus Christi
300 N. Shoreline Blvd.
Corpus Christi, TX 78401
and
P.O. Box 521
Bellaire, TX 77403-0521
Telephone: (713) 806-0718
Email: Wolfganghirczy@gmail.com

/S/ _L. David Smith_

L. DAVID SMITH

[K:\Wpmain\06111\26717\Motion to Strike ORDER.wpd]     2

Certified Document Number: 78502905 - Page 2 of 2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 25, 2018

Certified Document Number:        78502905 Total Pages:  2

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

CAUSE NO. 2017-30978

| | | |
|---|---|---|
| **PROSPERITY BANK,** | § | **IN THE DISTRICT COURT** |
| **Plaintiff** | § | |
| | § | |
| **VS.** | § | |
| | § | **HARRIS COUNTY, TEXAS** |
| **STAR OPERATIONS, INC., VICTOR** | § | |
| **C. HUFF, JR., and LANA L. LEWIS,** | § | |
| **Defendants** | § | **133RD JUDICIAL DISTRICT** |

### PLAINTIFF'S MOTION TO STRIKE PLEA IN INTERVENTION

**TO THE HONORABLE JUDGE OF SAID COURT:**

**Prosperity Bank,** Plaintiff (herein referred to as the "Bank" and/or "Plaintiff") files this its

Motion to Strike the Plea in Intervention filed by Wolfgang P. Hirczy De Mino, Ph.D., as an alleged

Third Party Plaintiff and as grounds would show the Court as follows:

1.      This is a lawsuit brought by Prosperity Bank for collection on a Promissory Note

executed by Star Operations, Inc., the payment of which has been personally guaranteed by Victor

C. Huff, Jr., and Lana L. Lewis.  Plaintiff has moved for Summary Judgment on its note case.

2.      The Plea in Intervention filed by Wolfgang P. Hirczy De Mino, Ph.D., alleges that

he is an unsecured creditor of the Defendants on an open account.  The Plea in Intervention, as a

matter of law shows that the Intervenor has no justiciable interest in this lawsuit and the Intervention

should be stricken.  *In Re: Union Carbide Corp.*, 273 S.W.3d, 152 (Tex. 2008).

WHEREFORE PREMISES CONSIDERED, Plaintiff requests that the Plea in Intervention

be stricken and for such other and further relief to which Plaintiff may be justly entitled.

Certified Document Number: 76375521 - Page 1 of 2

Respectfully submitted,

**CHERNOSKY, SMITH, RESSLING & SMITH, PLLC**

/S/   *L. David Smith*
L. DAVID SMITH
TBN: 18639300
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Telephone:  (713) 800-8604
Facsimile:  (713) 622-1026
Email: smith@csrslaw.com
**Attorneys for Prosperity Bank**

## CERTIFICATE OF CONFERENCE

On August 14, 2017, I left a voice mail message for the Intervenor and sent him an email regarding this Motion.  I have had no response and assume that this Motion is opposed.

/S/   *L. David Smith*
L. DAVID SMITH

## CERTIFICATE OF SERVICE

This is to certify that in compliance with Rules 21 and 21a of the Texas Rules of Civil Procedure, I, L. David Smith the undersigned, on this the 16th day of August, 2017, have served a true and correct copy of the foregoing Plaintiff's Motion to Strike Plea in Intervention all interested parties and/or all counsel of record at the name(s) and address(es) indicated below electronically through the electronic filing manager and/or via email, and/or 1st Class U.S. Mail and/or facsimile and/or certified mail, return receipt requested.

Mr. James Heston
Mr. Daniel J. Ciment
Heston Ciment, PLLC
607 Park Grove Drive, Suite B
Katy, TX 77450
Telephone: (713) 270-4833
Facsimile: (713) 583-9296
Email: attorney@hestonciment.com
*Via Electronic Notice*
*Counsel for the Defendant*s

Wolfgang P. Hirczy De Mino
Best Western corpus Christi
300 N. Shoreline Blvd.
Corpus Christi, TX 78401
and
P.O. Box 521
Bellaire, TX 77403-0521
Telephone: (713) 806-0718
Email: Wolfganghirczy@gmail.com

/S/   *L. David Smith*
L. DAVID SMITH

Certified Document Number: 76375521 - Page 2 of 2

[K:\Wpmain\06111\26717\Motion to Strike.wpd]                    2



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   May 25, 2018

Certified Document Number:        76375521 Total Pages:  2

Chris Daniel, DISTRICT CLERK

HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

No. 2017-30978

| | | |
|---|---|---|
| PROSPERITY BANK | § | IN THE DISTRICT COURT |
| | § | |
| V. | § | |
| | § | OF HARRIS COUNTY, TEXAS |
| STAR OPERATIONS, INC | § | |
| VICTOR C. HUFF, JR | § | |
| LANA L. LEWIS | § | 133RD JUDICIAL DISTRICT |
| | § | |

| | | |
|---|---|---|
| | § | |
| WOLFGANG P HIRCZY DE MINO, PH.D. | § | |
| | § | |
| V. | § | |
| | § | |
| STAR OPERATIONS, INC | § | |
| VICTOR C. HUFF, JR | § | |
| LANA L. LEWIS | § | |

# PLEA IN INTERVENTION
## AND MOTION TO ABATE SUMMARY JUDGMENT MOTION

To the Honorable Jaclanel McFarland, District Court Judge:

COMES NOW WOLFGANG P. HIRCZY DE MINO, PH. D., as THIRD-PARTY PLAINTIFF herein, and for cause of action, and grounds for relief, would show the following:

### PREJUDICE TO OTHER CREDITORS

Pending before the Court is Prosperity Bank's motion for summary judgment, seeking to impose joint and several liability on STAR OPERATIONS, INC., VICTOR C HUFF, JR., and LANA L. LEWIS for nearly **$1,000.000.00** on a promissory note and two commercial guaranty agreements.

The motion is currently set to be heard by submission on **Monday, August 14, 2017, at 8 AM**.

Prosperity Bank is not the only creditor.

Third-Party Plaintiff herein would show that a just adjudication of this case cannot be had in the current posture, and that PROSPERITY BANK's motion is premature.

In addition to (allegedly) owing almost $1 million dollars to Prosperity Bank, Defendants owe money to Third-Party Plaintiff on open account in an amount that is currently less than $15,000 for

**1** | PROSPERITY BANK V. STAR OPERATIONS, INC. *ET AL*
THIRD-PARTY PLEADING

Certified Document Number: 76334527 - Page 1 of 6

professional services and reimbursable expenses, and may owe money to several other current nonparties who have no notice of this lawsuit.

Third-Party Plaintiff has reason to believe, and does believe, that Defendants still have the ability to pay, and that the grant of a summary judgment in the Bank's favor would unfairly prejudice the rights of all other creditors under the factual particulars of this case, including the rights of the Third-Party claimant to compensation for services rendered and reimbursable expenses.

## FACTUAL AND PROCEDURAL BACKGROUND

PROSPERITY BANK, Plaintiff herein, called a commercial promissory note in the original principal amount of $**1,248,201.96** executed by STAR OPERATIONS, INC. as maker, and seeks to impose personal liability on Defendants VICTOR C. HUFF, JR. and LANA L. LEWIS based on guaranty agreements for the entire amount of principal outstanding, plus accrued financed charges.

The Note has a stated maturity date of **December 1, 2019**, more than two years from today.

The case record reflects that PROSPERITY BANK accelerated the Note with minimal or no notice. The Bank has given reason to believe that it will promptly procure writs of execution and garnishment to collect all amounts owed.[1] Grant of summary judgment in favor of PROSPERITY BANK and enforcement thereof would prejudice all other third-party creditors, and their ability to collect what is due them, which would or could include current wages and compensation for professional services rendered. Undersigned Third-Party Plaintiff does not assert a claim for unpaid wages against the Defendants, but others might, and would be adversely affected by Prosperity Bank's preemptive acceleration and foreclosure of the commercial note.

Third-Party Plaintiff prays that the Court either deny Prosperity Bank's motion on the merits, or defer a ruling on it, so that the priority order of all claims by affected parties (and current nonparties with potential claims) may be sorted out, and that claims covered by the necessaries doctrine, monies in the nature of trust funds and monies in the nature of earned and unpaid wages be accorded priority over the Bank's asserted breach-of-note and guaranty claims.

## PROSPERITY'S FURTIVE VENUE CHOICE

Third-Party Plaintiff would respectfully point out that the promissory note on which Prosperity sues has a **Corpus Christi** (Nueces County) address for Prosperity Bank on it, that Defendant Star

---

[1] This belief is based, in part, on the Bank having done so in other cases. *See, e.g. Prosperity Bank vs. David Myerly Reavis, Lodestone Operating LLC*, Case No. 2016CCV-62601-4, in the County Court at Law No 4 of Nueces County, Texas. (Default judgment for $158,108.84 granted 6/13/2017, writ of execution requested 07/17/2017). Docket sheet available at: http://odypa.co.nueces.tx.us/PublicAccess/CaseDetail.aspx?CaseID=2413858

Certified Document Number: 76334527 - Page 2 of 6

Operations, Inc. has its registered agent address in **Corpus Christi** (<u>Nueces County</u>), that Defendant Lana Lewis was served in San Antonio (<u>Bexar County</u>) and that Defendant Victor Huff, by Prosperity's own admission, is a resident of El Paso, Texas (<u>El Paso County</u>).[2]

The note specifies that payments are to be made at Victoria, Texas (<u>Victoria County</u>).



+++

Prosperity Bank nevertheless sued all three Defendants in Houston (<u>Harris County</u>).

Third-Party Plaintiff can only speculate about the reasons.

What is clear, however, is that all other creditors of the same Defendants, including any and all employees and subcontractors, are prejudiced by Prosperity Bank's choice of a distant venue and its rush

---

[2] The Bank regularly sues customers in Nueces County. See, e.g. Prosperity Bank v Jose Fermin Lerman, Case No. 2016CCV-62035-4 filed 09/01/2016 in County Court at Law No. 4 on Nueces County; Prosperity Bank vs. JJACT Inc., Jesse Anthony Trammell, Chantel Annette Trammell, Case No. 2015CCV-61822-1 filed 08/20/2015 in County Court at Law No. 1; Prosperity Bank vs. Mohamad Hassan, Antrados, P.A., Case No. 2016CCV-61887-4, filed 08/12/2016 in County Court at Law NO. 4; Prosperity Bank vs Stephen W Perales, Javier O Gonzalez, Case No. 2016DCV-3338-B, filed 07/04/2016 in the 117th District Court, Nueces County.

Certified Document Number: 76334527 - Page 3 of 6

to obtain a judgment in excess of 1 million dollars against all three Defendants, jointly and severally,[3] without anyone else becoming aware of the Bank's actions, and without having an opportunity to have their claims heard.

**NO VENUE ALLEGATIONS**

In connection with the venue issue, the Court is requested to take judicial notice that there are no venue allegations in Prosperity Bank's Original Petition as it was filed on May 9, 2017, and that the omission was not corrected when the Bank filed its Amended Original Petition on July 7, 2017.

The Bank's live pleading, which forms the basis for its pending motion for summary judgment, no longer contains service and address information for any one of the three Defendants,[4] but that does not affect the Court's power to take judicial notice of the first-filed pleadings, whether superseded or otherwise. Additionally, proof of service as to Lana Lewis and failure of service as to the other defendants is likewise on file, and is a proper object of judicial notice as to location and address information.

Defendants, through their retained counsel with offices in Katy, Texas (near Houston), certainly have the prerogative to waive service of citation and objections to venue by filing a general denial and no motion to transfer venue, but the rights of third parties should not thereby be compromised.

At the minimum, the additional parties (or potential parties/claimants) should be afforded notice and an opportunity to be heard before Prosperity Bank would render all three Defendants illiquid or insolvent through enforcement of a one million dollar summary judgment to be entered against them.

**THIRD-PARTY PLAINTIFF PLEADING FORMALITIES**

Third-Party Plaintiff's claim against the Defendants does not affect the discovery level in effect in this case, though it is unclear what case type applies for expedited action purposes.

Third-Party Plaintiff seeks procedural relief and monetary relief less than $100,000. All relief sought by Third-Party Plaintiff is within the Court's jurisdiction to grant.

Third-Party Plaintiff's cause of action against the Defendants is suit on open account, and – in the alternative – quantum meruit – for professional services.

Third-Party Plaintiff does not seek attorney's fees at this time, but reserves the right to seek such fees should formal attorney representation become necessary to vindicate Third-Party Plaintiff's claim against the Defendants.

---

[3] Prosperity pleads for relief in excess of $1 million for case type purposes, but seeks summary judgment for a lump sum amount that is less than $1 mil, excluding additional un-computed interest and attorney's fees.

[4] *See* PLAINTIFF'S FIRST AMENDED ORIGINAL PETITION, p.1, ¶4 (reciting that Defendants have appeared and will be served with the amended pleading pursuant to T.R.C.P. 21a.).

Certified Document Number: 76334527 - Page 4 of 6

## PRAYER

Wherefore, premises considered, Third-Party Plaintiff WOLFGANG P. HIRCZY DE MINO, Ph. D. requests that the Court deny the Bank's motion for summary judgment and allow the case to proceed in accordance with the docket control order, and allow for all parties necessary for a just adjudication to be joined.

Third-Party Plaintiff, WOLFGANG P. HIRCZY DE MINO, Ph. D., requests that the Court enter judgment for Third-Party Plaintiff, and against the Defendants for all amounts justly owed under the open-account arrangement.

Third-Party Plaintiff prays for general relief.

Respectfully submitted,

/s/ *WOLFGANG P. HIRCZY DE MINO*

WOLFGANG P. HIRCZY DE MINO, Ph. D.
Wolfganghirczy@gmail.com
Current Address:
Best Western Corpus Christi
300 N Shoreline Blvd,
Corpus Christi, TX 78401
Permanent mailing address:
P.O. Box 521
Bellaire, Texas 77403-0521
Tel.: (713) 806-0718

THIRD-PARTY PLAINTIFF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 13, 2017 this pleading is being e-served upon counsel for all parties who have appeared, and that such service is being effected through the e-file system, using the e-serve utility.

James B. Heston
Daniel J. Ciment
Ranald Scott Calili
HESTON CIMENT, PLLC
607 Park Grove Drive, Ste. B
Katy, TX 77450

Certified Document Number: 76334527 - Page 5 of 6

Tel.: (713) 270-4833
Fax: (713) 583-9296
attorney@hestonciment.com
Attorneys for Defendants
Star Operations, Inc.,
Lana L. Lewis,
and Victor C. Huff, Jr.,

L. David Smith
CHERNOSKY, SMITH, RESSLING & SMITH, PLLC
4646 Wild Indigo, Suite 110
Houston, Texas 77027
Tel.: (713) 800-8604
Fax: (713) 622-1026
Email: smith@csrslaw.com
Attorney for Plaintiff
PROSPERITY BANK

/s/ *WOLFGANG P. HIRCZY DE MINO*

WOLFGANG P. HIRCZY DE MINO, Ph. D.
THIRD-PARTY PLAINTIFF

Certified Document Number: 76334527 - Page 6 of 6



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this    May 25, 2018

Certified Document Number:        76334527 Total Pages:  6

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**



**HCDistrictclerk.com** PROSPERITY BANK vs. STAR OPERATIONS INC    5/25/2018

Cause: 201730978          CDI: 7          Court: 133

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 79881602 | Notice of Filing of Disclaimer in the First Court of Appeals | | 05/10/2018 | 2 |
| ·> 79881603 | Exhibit A | | 05/10/2018 | 21 |
| 79846676 | Notice From First Court of Appeals | | 05/07/2018 | 5 |
| 79818391 | Notice From First Court of Appeals | | 05/04/2018 | 1 |
| 79808776 | Order (court of appeals) | | 05/03/2018 | 1 |
| 79816253 | Court of Appeals First District of Texas (Notice of Distribution) | | 05/03/2018 | 2 |
| 79816266 | Notice From First Court of Appeals | | 05/03/2018 | 7 |
| 79693284 | ORDER SIGNED GRANTING TRIAL CONTINUANCE | | 04/27/2018 | 1 |
| 79586255 | Request for the Clerk's Record | | 04/19/2018 | 2 |
| 79582428 | Court of Appeals First District (General Information) | | 04/18/2018 | 5 |
| 79495685 | Notice of Intent to Appeal of Wolfgang P. Hirczy de Mind, Ph.D. | | 04/16/2018 | 3 |
| 79513465 | Defendant's Motion to Quash Deposition of Lana Lewis | | 04/16/2018 | 3 |
| 79513466 | Defendant's Motion to Quash Deposition of Victor Huff, Jr | | 04/16/2018 | 3 |
| 79481494 | Defendant's Opposed Motion for Continuance | | 04/13/2018 | 3 |
| 79481507 | Proposed Order Granting Opposed Motion for Continuance | | 04/13/2018 | 2 |
| 79081383 | Certificate of Written Discovery | | 03/19/2018 | 1 |
| 79014804 | ORDER FOR INTERLOCUTORY SUMMARY JUDGMENT SIGNED | | 03/12/2018 | 2 |
| 78766313 | Prosperity Bank's Designation of Expert Witnesses | | 02/26/2018 | 2 |

| | | |
|---|---|---|
| 78580667 | Certificate of Written Discovery | 02/13/2018 2 |
| 78502904 | ORDER SIGNED DENYING FINAL SUMMARY JUDGMENT | 02/06/2018 2 |
| 78502905 | ORDER SIGNED STRIKING PLEADING | 02/06/2018 2 |
| 78502912 | ORDER SIGNED GRANTING MOTION TO SHOW AUTHORITY | 02/06/2018 1 |
| 78445640 | Expert Witness Designations with Witness Credentials and Background | 02/05/2018 9 |
| 78403103 | Defendants' and Defense Counsel's Response ti Third-Party Plaintiff | 02/01/2018 7 |
| 78384004 | Notice of Hearing on Rule 91 Special Exceptions (Rule 13 at the Court's Discretion) | 01/31/2018 3 |
| ·> 78384005 | Proposed Sua Sponte Order to Show Cause | 01/31/2018 1 |
| 78384007 | Plaintiff's Memorandum in Support of Motion to Strike Intervention | 01/31/2018 3 |
| ·> 78384008 | Case Cite: In Re: Union Carbide Corporation | 01/31/2018 4 |
| ·> 78384009 | Case Cite: Trimble v. Onewest Bank, et al | 01/31/2018 5 |
| 78386649 | Objection to Proserity Bank's Stale Motion to Strike Plea in Intervention, Which was Filed Almost Hald a Year Ago | 01/31/2018 5 |
| 78383346 | Defendant's Response to Third-Party Plaintiff's Rule 91 Motion and Rule 12 Motion | 01/30/2018 11 |
| ·> 78383347 | Affidavit of Lana Lewis, Individually and as President of Star | 01/30/2018 1 |
| ·> 78383348 | Affidavit of Victor C. Huff, Jr. | 01/30/2018 1 |
| 78357034 | Rule 91 Exception to Argumentum Ad Hominem of Mr. Ranald Scott Calili | 01/29/2018 10 |
| 78363289 | Defendant's Amended Response to Plaintiff's Motion for Summary Judgment | 01/29/2018 9 |
| ·> 78363292 | Exhibit A | 01/29/2018 6 |
| ·> 78363294 | Exhibit C | 01/29/2018 1 |
| ·> 78363293 | Exhibit B | 01/29/2018 3 |
| ·> 78363291 | Proposed Order | 01/29/2018 2 |
| 78363295 | Exhibit D | 01/29/2018 1 |
| 78363296 | Affidavit Lana Lewis | 01/29/2018 3 |
| 78363297 | Affidavit of Victor Huff | 01/29/2018 1 |
| 78363373 | Defendant's Second Amended Answer | 01/29/2018 6 |
| ·> 78363380 | Victor Verification | 01/29/2018 1 |
| ·> 78363374 | Def Second Amended Answer - Exhibit A | 01/29/2018 6 |
| ·> 78363375 | Def Second Amended Answer - Exhibit B | 01/29/2018 3 |
| ·> 78363376 | Def Second Amended Answer - Exhibit C | 01/29/2018 1 |
| ·> 78363377 | Def Second Amended Answer - Exhibit D | 01/29/2018 1 |
| ·> 78363378 | Lana Verification | 01/29/2018 1 |
| 78331481 | ORDER SIGNED SETTING HEARING | 01/26/2018 2 |
| 78227701 | Certificate of written discovery | 01/22/2018 2 |

| | | |
|---|---|---|
| 78228340 | Notice of Designation of Ranald Scott Calili as Attorney in Charge | 01/22/2018 2 |
| 78231813 | Corrected Motion directed to Ranald Scott Calili to Show Authority and Motion for Juudicial Notice that Heston Cimet PLLC is Defunct | 01/22/2018 12 |
| ·> 78231814 | Proposed Order to Show Cause | 01/22/2018 2 |
| 78250948 | Defendants Response to All Filings by WPHDM | 01/22/2018 5 |
| 78205545 | Dr. Wolfgang P. Hirczy De Mino's Objection and Motion to Quash Defendants' Submission Notice for February 5. 2018 | 01/19/2018 4 |
| 78191777 | Notice of Hearing by Submission Only | 01/18/2018 2 |
| 78192887 | Notice of Hearing | 01/18/2018 2 |
| 78205528 | Request for Case Status Review and for a Ruling on Prosperity Bank's pending motion for summary judgment, including procedural matters | 01/18/2018 13 |
| ·> 78205531 | .Exhibit C | 01/18/2018 42 |
| ·> 78205529 | Exhibit A | 01/18/2018 9 |
| ·> 78205530 | Exhibit B | 01/18/2018 1 |
| ·> 78205532 | Exhibit D | 01/18/2018 3 |
| 78164331 | Defendants' traditional motion for summary judgment against Wolfgang P. Hirczy De Mino, PH.D | 01/12/2018 17 |
| ·> 78164512 | Proposed Order | 01/12/2018 2 |
| ·> 78190870 | Proposed Order and Opinion Resolving Plaintiff's Motion for Summary Judgment | 01/18/2018 9 |
| 78079221 | Certificate of written discovery | 01/08/2018 2 |
| 77737953 | Certificate of Written Discovery of Third-Party Plaintiff | 12/08/2017 2 |
| 76506474 | Third-Party Plaintiff's Response to Prosperity's Motion to Strike | 08/25/2017 5 |
| ·> 76506475 | Exhibit A | 08/25/2017 27 |
| 76434619 | Amended Certificate of Service | 08/21/2017 2 |
| 76375521 | Plaintiff's Motion to Strike Plea in Intervention | 08/16/2017 2 |
| 76375522 | Proposed Order Striking Plea in Intervention | 08/16/2017 2 |
| 76375523 | Notice of Submission | 08/16/2017 2 |
| 76334527 | Plea in Intervention and Motion To Abate Summary Judgment Motion | 08/14/2017 6 |
| 76344156 | Defendant Reply to Third Party Plea in Intervention | 08/14/2017 2 |
| 76274021 | Plaintiff's Reply to Defendants' Responses to Plaintiff's Motion for Summary Judgment | 08/09/2017 2 |
| 76264265 | All Defendant's Combined First Amended Answer | 08/08/2017 3 |
| | All Defendant's Combined First Amended Answer | 08/08/2017 |
| 76264274 | Defendant Victor C. Huff Jr's Response to Plaintiff's Motion for Summary Judgment | 08/08/2017 3 |
| 76264345 | Joint Response by Defendants Star Operations, Inc. and Lana L. Lewis to Plaintiff's Motion for Summary Judgment | 08/08/2017 13 |
| 76210297 | DOCKET CONTROL/PRETRIAL ORDER SIGNED | 08/03/2017 4 |

| | | | |
|---|---|---|---|
| 75982465 | Notice of Submission | 07/19/2017 | 2 |
| 75982467 | Plaintiff's Motion for Summary Judgment | 07/19/2017 | 6 |
| ·> 75982469 | Exhibit A | 07/19/2017 | 3 |
| ·> 75982470 | Exhibit A-01 | 07/19/2017 | 2 |
| ·> 75982471 | Exhibit A-02 | 07/19/2017 | 3 |
| ·> 75982473 | Exhibit A-03 | 07/19/2017 | 3 |
| ·> 75982474 | Exhibit A-04 | 07/19/2017 | 30 |
| ·> 75982476 | Exhibit A-05 | 07/19/2017 | 3 |
| ·> 75982477 | Exhibit A-06 | 07/19/2017 | 3 |
| ·> 75982478 | Exhibit B | 07/19/2017 | 3 |
| ·> 75982480 | Proposed Final Judgment | 07/19/2017 | 3 |
| 75786137 | Plaintiff's First Amended Original Petition | 07/05/2017 | 5 |
| ·> 75786138 | Exhibit 01 | 07/05/2017 | 2 |
| ·> 75786139 | Exhibit 02 | 07/05/2017 | 3 |
| ·> 75786140 | Exhibit 03 | 07/05/2017 | 3 |
| 75612066 | Certificate of Written Discovery | 06/21/2017 | 2 |
| 75427563 | Certificate of Written Discovery | 06/08/2017 | 2 |
| 75427584 | Defendant's Original Answer | 06/08/2017 | 2 |
| | Defendant's Original Answer | 06/08/2017 | |
| 75402560 | Motion and Application for Substituted Service of Citation under Rule 106 Texas Rules of Civil Procedure | 06/07/2017 | 3 |
| ·> 75402563 | Civil Process Request | 06/07/2017 | 1 |
| ·> 75402562 | Proposed Order Granting Motion For Rule 106 Substitute Service Of Process | 06/07/2017 | 3 |
| 75164877 | Return of Service | 05/19/2017 | 2 |
| 75165386 | Return of Service | 05/19/2017 | 2 |
| 75004067 | Plaintiff's Original Petition | 05/09/2017 | 6 |
| ·> 75004072 | Civil Case Information Sheet | 05/09/2017 | 2 |
| ·> 75004074 | Civil Process Request | 05/09/2017 | 2 |
| ·> 75004068 | Exhibit 01 | 05/09/2017 | 2 |
| ·> 75004070 | Exhibit 02 | 05/09/2017 | 3 |
| ·> 75004071 | Exhibit 03 | 05/09/2017 | 3 |
| 75076245 | Civil Process Pick-Up Form | 05/09/2017 | 1 |

# Harris County District Clerk Order Number: 716306

---

## Customer / Shipping Information

---

**Date:**      5/25/2018 8:11:24 AM

**Ship Method:**      Download (zipped)

**Customer:**      HIRCZY, WOLFGANG
PO BOX 521
BELLAIRE, TX 77402

---

## Order Detail Information

| | | |
|---|---|---|
| Case: 201730978-7 PROSPERITY BANK vs STAR OPERATIONS INC [Doc# : 76334527] | 6 pages | $6.00 |
| Case: 201730978-7 PROSPERITY BANK vs STAR OPERATIONS INC [Doc# : 76375521] | 2 pages | $2.00 |
| Case: 201730978-7 PROSPERITY BANK vs STAR OPERATIONS INC [Doc# : 78502905] | 2 pages | $2.00 |
| Case: 201730978-7 PROSPERITY BANK vs STAR OPERATIONS INC [Doc# : 79014804] | 2 pages | $2.00 |
| Case: 201730978-7 PROSPERITY BANK vs STAR OPERATIONS INC [Doc# : 79495685] | 3 pages | $3.00 |
| Case: 201730978-7 PROSPERITY BANK vs STAR OPERATIONS INC [Doc# : 79586255] | 2 pages | $2.00 |
| Case: 201730978-7 PROSPERITY BANK vs STAR OPERATIONS INC [Doc# : 79693284] | 1 page | $1.00 |

---

## Payment Information

---

**Card:**      XXXXXXXXXXXX

**Subt   otal:**      $18.00

**Total:**      $18.00

Cause No. 2017-30978

| | | |
|---|---|---|
| PROSPERITY BANK, | § | IN THE DISTRICT COURT |
| PLAINTIFF | § | |
| | § | |
| VS. | § | 133RD DISTRICT |
| | § | |
| STAR OPERATIONS, INC., VICTOR C. HUFF, JR., AND LANA L. LEWIS, | § | |
| | § | HARRIS COUNTY, TEXAS |
| DEFENDANT(S) | | |

## ORDER GRANTING OPPOSED MOTION FOR CONTINUANCE

On the date shown below, this Court considered Defendants', STAR OPERATIONS, INC., VICTOR C. HUFF, JR., AND LANA L. LEWIS, Opposed Motion for Continuance. After reviewing the Motion and the arguments of counsel, the Court finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that the current trial setting in the above-styled and numbered cause is hereby continued with the Court Clerk to issue a new trial notice to all parties.

SIGNED on this ___ day of ____, 20__.

_____
JUDGE PRESIDING

**Approved as Drafted and Entry Requested:**

_____
James B. Heston, Bar No. 00787689
Ranald Scott Calili, Bar No. 24011765
HESTON LAW FIRM, PLLC
607 Park Grove Drive, Ste. B

---

Defendant's Opposed Motion to Continue                                                    Page 1

**RECORDER'S MEMORANDUM**
This instrument is of poor quality
at the time of imaging

Certified Document Number: 79693284 - Page 1 of 1



I, Chris Daniel, District Clerk of Harris County, Texas certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this   May 25, 2018

Certified Document Number:        79693284 Total Pages:  1

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**